IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD EUGENE COOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-704-D |
| BOBBY THOMPSON, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Plaintiff, a federal pretrial detainee appearing *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that his Constitutional rights have been violated while detained at Pottawatomie County Public Safety Center Jail.

This matter was referred to United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B). On November 8, 2023, Judge Purcell issued his Report and Recommendation [Doc. No. 13]. Judge Purcell recommended Plaintiff's claims be dismissed without prejudice based on Plaintiff's failure to state a claim upon which relief could be granted. Judge Purcell advised Plaintiff of his right to file an objection to the Report and Recommendation by November 28, 2023.

Within the time period for Plaintiff to file an objection to the Report and Recommendation, Plaintiff sent a letter to the Court [Doc. No. 14] in which he requests this case be dismissed. Plaintiff has also failed to file an objection within the provided deadline. In light of the Report and Recommendation, Plaintiff's failure to file an objection, and Plaintiff's request to dismiss the case, the Court adopts the Report and

2

Recommendation [Doc. No. 13] in its entirety. For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** to refiling.

A separate judgment will be entered accordingly.

**IT IS SO ORDERED** this 1st day of December, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge